# Criminal Case Cover Sheet

**U.S. District Court**

FILED: UNDER SEAL (E-GOVT ACT)

**Place of Offense:**
- ☐ Under Seal
- City: Arlington, VA
- County: Arlington County

Judge Assigned: (MH)
Criminal No.: 1:21-CR-49

Superseding Indictment: 
Same Defendant: 
New Defendant: 
Magistrate Judge Case No.: 1-20-MJ-312-JFA
Arraignment Date: 
Search Warrant Case No.: 
R. 20/R. 40 From: 

**Defendant Information:**

- Defendant Name: Matthew Erausquin
- Alias(es): Matt Hammond
- ☐ Juvenile  FBI No.:
- Address: XXXXXXXXXXXX Arlington, VA 22201
- Employment: Consumer Litigation Associates
- Birth Date: X/XX/1975
- SSN: XXXXXXXXXXX
- Sex: Male
- Race:
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair: dark
- Eyes: brown
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

**Location/Status:**

- Arrest Date: November 19, 2020
- ☒ Already in Federal Custody as of: November 19, 2020  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**

- Name: Frank Salvato
- ☐ Court Appointed
- Counsel Conflicts: Federal Public Defender's Office
- Address: 
- ☒ Retained
- Jennifer Leffler
- Phone: 
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

- AUSA(s): Maureen C. Cain
- Phone: 703-299-3892
- Bar No.: PA 92152

**Complainant Agency - Address & Phone No. or Person & Title:**

Detective Chris Rekas

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1591 | Sex Trafficking of Minors | 1-6 | Felony |
| Set 2: | 18 USC 2421 | Mann Act | 7 | Felony |

Date: March 19, 2021  AUSA Signature: Maureen Cain

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 2422(a) | Coercion and Enticement | 8-10 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form