IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:21-CR-49 CMH |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW J. ERAUSQUIN, | ) | |
| a/k/a MATT HAMMOND | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PRAECIPE FOR ENTRY OF APPEARANCE</u>**

To the Clerk:

Please enter the appearance of Maureen C. Cain, Assistant United States Attorney for the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3892
Maureen.Cain@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Maureen C. Cain
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　Phone: (703) 299-3892
　　　　　　　　　　　　　　　Maureen.Cain@usdoj.gov