AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CR-49 |
| Matthew J. Erausquin, a/k/a Matt Hammond | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:  04/29/2021

/s/
*Attorney's signature*

Whitney Kramer
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Whitney.Kramer2@usdoj.gov
*E-mail address*

(703) 299-3814
*Telephone number*

*FAX number*