AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-00049-CMH-1 |
| MATTHEW ERAUSQUIN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Matthew Erausquin

Date: 05/19/2021

*[signature]*
*Attorney's signature*

Edward B. MacMahon, Jr. #25432
*Printed name and bar number*

P.O. Box 25
107 E. Washington Street
Middleburg, Virginia 20118

*Address*

ebmjr@macmahon-law.com
*E-mail address*

(540) 687-3902
*Telephone number*

(540) 687-6366
*FAX number*