Date: 05/21/2021  Judge: Hilton  Reporter: J. Egal
Time: 10:02 am to 10:06 am

UNITED STATES of AMERICA

    Vs.

| Matthew Erausquin | 1:21-cr-00049 |
|---|---|
| Defendant's Name | Case Number |

| Amolsch/Salvato/MacMahon | Maureen Cain |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions     ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
(✓) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     ( ) Pre-Indictment Plea     ( ) Other:

Defendant appeared:     (✓) in person     ( ) failed to appear
                       (✓) with Counsel     ( ) without counsel     ( ) through counsel

Arraignment & Plea:
(✓) WFA     ( ) FA     ( ) PG     (✓) PNG     Trial by Jury:     (✓) Demanded     ( ) Waived

Motions to be filed by September 15th with a hearing TBD by counsel .

Speedy Trial Waived.

Case continued to 11/02/2021 at 10:00 am for: (✓) Jury Trial     ( ) Bench Trial     ( ) Sentencing

Bond Set at: $     ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance
( ) Release Order Entered     ( ) Deft. Remanded     ( ) Deft. Released on Bond     (✓) Deft. Continued on Bond

Defendant is: ( ) In Custody     ( ) Summons Issued     (✓) On Bond     ( ) Warrant Issued     ( ) 1st appearance