IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No.: 1:21-CR-00049-CMH-1 |
| | : | |
| MATTHEW ERAUSQUIN, | : | |
| | : | |
| a/k/a MATT HAMMOND, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court on the defendant's Motion to Modify Conditions of Release. It appearing to the Court that the United States does not object to the requested modification, and for good cause shown, it is hereby ORDERED

That the Defendant's Consent Motion to Modify Conditions of Release be and is hereby GRANTED.

It is further Ordered that the Defendant shall report to Pretrial Services in Alexandria, Virginia on the morning of June 15, 2021, for the purpose of having his location monitoring device removed for the sole purpose of receiving medical treatment that same day at Georgetown University Hospital. After that procedure is completed, Mr. Erausquin shall forthwith return to Pretrial Services in Alexandria, Virginia and have the location monitoring device reinstalled for the duration of this case as required by the prior Order on Conditions Setting Release.

It is further ORDERED for the period of August 14 to 24, 2021, Mrs. Erausquin shall be relieved of her responsibilities as third-party custodian to the defendant and that role shall be filled by her husband, Carlos Erausquin, until Mrs. Erausquin returns from her trip.

All remaining conditions of release not modified by this Order shall remain in full force and effect.

ENTERED THIS 9th DAY OF June 2021.

_Claude M. Hilton_
Hon. Claude M. Hilton
Senior United States District Judge