IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) UNDER SEAL |
| | ) |
| v. | ) Criminal No. 1:21-cr-49-CMH |
| | ) |
| U.S. v. Matthew Erausquin, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 2nd day of November 2021, then and there to testify on behalf of the United States:

<u>30 Blank Subpoenas (60 Sets)</u>

This 27th day of September 2021.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____
Maureen C. Cain
Assistant United States Attorney

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 1:21-CR-49 |
| Matthew Erausquin | ) |
| *Defendant* | ) |

RECEIVED 2021 SEP 27 A 10: 32

ISS

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 800 |
| --- | --- |
| | Date and Time: November 2, 2021; 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 09/27/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  United States of America
_____, who requests this subpoena, are:

AUSA Maureen Cain
Justin W. Williams Building
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:21-CR-49

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                          *Server's signature*

                                                         _____
                                                          *Printed name and title*

                                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc: