Date: 10/18/2021        Judge: Hilton        Reporter: J. Egal
Time: 10:00 am to 10:10 am

UNITED STATES of AMERICA
    Vs.

| Matthew Erausquin | 1:21-cr-00049-CMH-1 |
|---|---|
| Defendant's Name | Case Number |

| Frank Salvato/ Christopher Amolsch/Edward B. MacMahon | Maureen Cain Whitney Kramer |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions      ( ) Setting Trial Date      (✓) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.      ( ) Pre-Indictment Plea      ( ) Other: _____

Defendant appeared:      (✓) in person      ( ) failed to appear
                            (✓) with Counsel      ( ) without counsel      ( ) through counsel

Filed in open court:
( ) Criminal Information     (✓) Plea Agreement     (✓) Statement of Facts     ( ) Waiver of Indictment

Arraignment & Plea:
( ) WFA     ( ) FA     (✓) PG     ( ) PNG    Trial by Jury:     ( ) Demanded     ( ) Waived

Defendant entered Plea of Guilty as to Counts 1-6 of the Indictment      Plea Accepted (✓)

Defendant directed to USPO for PSI: (✓) Yes     ( ) No

Case continued to 3/11/2022 at 10:00 am for: ( ) Jury Trial     ( ) Bench Trial     (✓) Sentencing

Bond Set at: $_____ ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance
( ) Release Order Entered     ( ) Deft. Remanded     ( ) Deft. Released on Bond     (✓) Deft. Continued on Bond
Defendant is: ( ) In Custody     ( ) Summons Issued     (✓) On Bond     ( ) Warrant Issued     ( ) 1st appearance