IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 1:21-CR-00049-CMH-1 |
| : | |
| MATTHEW ERAUSQUIN, : | |
| : | |
| a/k/a MATT HAMMOND, : | |
| : | |
| Defendant. : | |

## ORDER

This matter came before the Court on the defendant's Motion to Modify Conditions of Release. It appearing to the Court that the United States does not object to the requested modification, and for good cause shown, it is hereby ORDERED

That the Defendant's Consent Motion to Modify Conditions of Release be and is hereby GRANTED.

It is further ORDERED for the period of January 19 to February 2, 2022, Mrs. Erausquin shall be relieved of her responsibilities as third-party custodian to the defendant and that role shall be filled by her husband, Carlos Erausquin, until Mrs. Erausquin returns from her trip.

It is further ORDERED that Defendant is permitted to attend church on Sundays with his family.

All remaining conditions of release not modified by this Order shall remain in full force and effect.

ENTERED THIS 14th DAY OF JANUARY, 2022

*Claude M. Hilton*
Hon. Claude M. Hilton
Senior United States District Judge