| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 3/18/2022 |
| Reporter: J. Egal | | Time: 10:00 am to 10:26 am |

| | | |
|---|---|---|
| **Cr. #** 1:21-cr-00049 | | AUSA: Maureen Cain and Whitney Kramer |
| **U.S. v.** Matthew J. Erausquin | | Defense: Frank Salvato, Christopher Amolsch, and Edward MacMahon |

Considering the factors under § 3553, the nature of the offense, the defendant's prior record and background the Court finds that the following sentence towards the upper range of the plea agreement is appropriate.

**Sentence Imposed:**

- 160 Months imprisonment on each of counts 1, 2, 3, 4, 5, & 6 to run concurrently with each other
- 15 Years supervised release on each of counts 1, 2, 3, 4, 5, & 6 to run concurrently with each other

**Conditions of Supervised Release/Probation:**
1. Standard conditions.
2. Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency as directed by the probation officer.
3. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychosexual evaluation and sex offender treatment.
4. The defendant shall submit to any testing or assessments required as part of the defendant's sex offender program.
5. The defendant shall not engage in employment or volunteer services that allow him access to computers or minors without prior approval of the probation officer.
6. The defendant shall not purchase, possess or view any sexually explicit material or images.
7. The defendant shall have no contact with minors unless supervised by a competent, informed adult, approved in advance by the probation officer.
8. The defendant shall not utilize any sex-related adult telephone services, websites The defendant shall provide the probation officer access to any requested financial information.

**Monetary penalties:**

$100.00   Assessment on each of Counts 1-6 = $600.00      $0     Fine

Counsel indicated that restitution is still being determined. Counsel to submit a proposed order or contact chambers to set a hearing, if necessary.

**Recommendations to BOP:**

The Court recommends that the defendant be designated to Terminal Island at San Pedro, California.

Motion to Dismiss Counts 7-11 entered and filed in Court; GRANTED

Forfeiture Order filed and entered in Court.

Defendant's Motion to Modify Conditions of Release to allow the 3rd Party custodian to attend a funeral and have the custodial role filled by her husband, Carlos Erausquin – Granted, Order; entered and filed in open court.

Defendant: \_\_\_\_\_ Remanded ✓ To voluntarily surrender on or after June 1, 2022.