IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:21-CR-00049-CMH-1 |
| | : | |
| MATTHEW ERAUSQUIN, | : | |
| | : | |
| a/k/a MATT HAMMOND, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This matter came before the Court on the defendant's oral Request to Modify Conditions of Release. It appearing to the Court that the United States does not object to the requested modification, and for good cause shown, it is hereby ORDERED:

That for the period of March 19, 2022 to March 21, 2022, Mrs. Erausquin shall be relieved of her responsibilities as third-party custodian to the defendant in order to attend the funeral of her sister in Houston, Texas, and that custodial role shall be filled by her husband, Carlos Erausquin, until Mrs. Erausquin returns from her trip.

All remaining conditions of release not modified by this Order shall remain in full force and effect.

ENTERED THIS 18th DAY OF MARCH, 2022.

_____
Hon. Claude M. Hilton
Senior United States District Judge