IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:21-CR-00049-CMH-1 |
| | : | |
| MATTHEW ERAUSQUIN, | : | |
| | : | |
| a/k/a MATT HAMMOND, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court on the defendant's Motion to Modify Conditions of Release. It appearing to the Court that the United States does not object to the requested modification, and for good cause shown, it is hereby ORDERED

That the Defendant's Consent Motion to Modify Conditions of Release be and is hereby GRANTED.

It is further Ordered that the Defendant shall report to Pretrial Services in Alexandria, Virginia on the afternoon of March 29, 2022, for the purpose of having his location monitoring device removed for the sole purpose of receiving medical treatment that same day at Georgetown University Hospital. After that procedure is completed, Mr. Erausquin shall forthwith return to Pretrial Service in Alexandria, Virginia and have the location monitoring device reinstalled for the duration of this case as required by the prior Order on Conditions of Release.

All remaining conditions of release not modified by this Order shall remain in full force and effect.

ENTERED THIS 23rd DAY OF March, 2022.

*Claude M. Hilton*
Hon. Claude M. Hilton
Senior United States District Judge