IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                                            Case No. 21-00049

Matthew Erausquin                          :

ORDER

THIS CAUSE comes on for the defendant's request to extend his voluntary surrender date from June 1, 2022 until July 18, 2022 at Terminal Island, California and for his request to travel there with his mother to turn himself in.

IT APPEARING that such request is proper it is hereby;

ORDERED the new turn in date is July 18, 2022 and that Mr. Erausquin can travel with his mother to California for his surrender and his GPS system can be removed prior to travel or at the prison at the discretion of the probation office.

ENTERED on this \_\_\_\_ day of May, 2022.

_____
United States District Judge