

**VIRGINIA SPINE INSTITUTE**
SpineMD.com

May 23, 2022

RE: **Matthew Erausquin**
DOB: 04/10/1975

To Whom It May Concern:

Our patient, Matthew Erausquin, has been undergoing treatment with our office for over a year for ongoing low back pain and mid back pain. He will be undergoing a procedure for his mid back pain on 06/29/2022, and this procedure will likely take between two to six weeks to become adequately effective. He will need to be allowed to avoid prolonged positioning for at least two weeks post procedure, including limitations on prolonged standing, sitting, climbing into bunks, climbing up ladders, as well as avoidance of repetitive bending or twisting.

We respectfully request that his start date for his sentence to be delayed until 07/18/2022, so that he may undergo the procedure and the expected recovery. We anticipate that this will allow for improved function with improved pain control related to his spinal conditions.

We appreciate your consideration in this matter. If there is need for additional information, please have the appropriate parties contact our office.

Sincerely,

*[signature]*

Tracy B. Perkins, PA-C, MMS

Thomas T. Nguyen, MD, DABPM

11800 Sunrise Valley Dr Suite 800 Reston, VA 20191 Office: 703.709.1114 Fax: 703.709.1117