IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-cr-49 CMH |
| | ) | |
| MATTHEW J. ERAUSQUIN, | ) | |
| | ) | |
| Defendant. | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Annie Zanobini, Assistant United States Attorney in the Eastern District of Virginia, as additional counsel for the United States of America in the above-captioned matter.

        Respectfully submitted,
        Jessica D. Aber
        United States Attorney

By:     /s/Annie Zanobini
        Annie Zanobini
        Assistant United States Attorney
        California Bar No. 321324
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Office Number: (703) 299-3903
        Facsimile Number: (703) 299-3982
        Email Address: annie.zanobini2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 31st day of May 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

      By:      /s/Annie Zanobini
           Annie Zanobini
           Assistant United States Attorney
           California Bar No. 321324
           2100 Jamieson Avenue
           Alexandria, Virginia 22314
           Office Number: (703) 299-3903
           Facsimile Number: (703) 299-3982
           Email Address: annie.zanobini2@usdoj.gov